UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 1:91-CR-112-05

v.

Hon. Richard Alan Enslen

HOWARD EUGENE McCULLY, JR.,

**ORDER**

      Defendant.
_____/

      Defendant Howard Eugene McCully, Jr. has moved for reconsideration of the Order of August 2, 2005, which rejected his court filings because the original lacked his signature and was not filed with a required court copy.  Defendant's Motion for Reconsideration purports to demonstrate that these requirements of the Local Rule of Civil Procedure are a hardship upon prisoners.  While this may be so, Defendant's motion filings demonstrate his ability to comply with those requirements.

      Pursuant to Western District of Michigan Local Criminal Rule 47.3(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof."  Defendant's Motion fails to meet this standard, as well as the standards for relief under Federal Rules of Civil Procedure 59 and 60.

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant Howard Eugene McCully, Jr.'s Motion for Reconsideration (Dkt. No. 215) is **DENIED**.

        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:    RICHARD ALAN ENSLEN
    September 14, 2005    SENIOR UNITED STATES DISTRICT JUDGE